John H. Litzler, Trustee
LITZLER, SEGNER, SHAW, et al
1412 Main Street, 24th Floor
Dallas, Texas  75202
I214) 752-0999

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | |
| CHARTWELL HEALTHCARE, INC. § | CASE NO. 398-38546-SGJ-7 |
| § | |
| DEBTOR(S) § | |

## NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 7 case.  I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement checks have not been negotiated.

Name of payee on unclaimed check:                                                    Amount

1.  CCH Incorporated
    1336 Coral Dr.
    Coppell, TX  75019                                                                            $101.70

2. Chartwell Healthcare Benefit Plans
    Chartwell Consolidated Cafeteria Plans
    Margaret Terry Cranford, Esq.
    U.S. Department of Labor / SOL
    525 S. Griffin Street, Suite 501
    Dallas, TX  75202                                                                              $68,883.54


                                                            */s/ John H. Litzler*
                                                            1412 Main Street, 24th Floor
                                                            Dallas, Texas  75202

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed (forward by electronic transmission) to the following parties on the  31st  of  October , 2007.


U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

Debtor(s) Attorney of Record:
Christopher J. Moser
Quilling, Selander, Cummiskey
 & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX  75201

             */s/ John H. Litzler*
             1412 Main Street, 24th Floor
             Dallas, Texas  75202