John H. Litzler, Trustee
LITZLER, SEGNER, SHAW, et al
1412 Main Street, 24th Floor
Dallas, Texas 75202
I214) 752-0999

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARTWELL HEALTHCARE, INC. | § | CASE NO. 398-38546-SGJ-7 |
| | § | |
| DEBTOR(S) | § | |

## 2ND NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement checks have not been negotiated.

Name of payee on unclaimed check:                                          Amount

1. Joel Lukoff
   Joseph W. Wielebinski, Esq.
   Munsch Hard Kopf et al
   1445 Ross Avenue
   Suite 4000
   Dallas, TX  75202-2790                                                   $241.70


                                            /s/ John H. Litzler
                                            1412 Main Street, 24th Floor
                                            Dallas, Texas  75202

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed (forward by electronic transmission) to the following parties on the  13th  of  March , 2008.

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

Debtor(s) Attorney of Record:
Christopher J. Moser
Quilling, Selander, Cummiskey
 & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX  75201

         */s/ John H. Litzler*
         1412 Main Street, 24th Floor
         Dallas, Texas  75202