

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 18, 2008

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARTWELL HEALTHCARE, INC. | § | CASE NO. 398-38546-SGJ-7 |
| | § | |
| DEBTOR(S). | § | |

### ORDER APPROVING TRUSTEE'S MOTION FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY

CAME FOR CONSIDERTION BY THE COURT the Trustee's Motion for Disbursement of Funds Held in the Courts Registry filed by John H. Litzler, the Trustee in the above-styled and numbered bankruptcy case and the Court having considered same, grant same; it is accordingly,

ORDERED, ADJUDGED AND DECREED that the Court shall disburse from the Registry funds in the amount of $241.70 to John H. Litzler, Trustee for Chartwell Healthcare, Inc., 1412 Main Street, 24th Floor, Dallas, TX 75202.

# # # End of Order # # #